**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FREDERICK A. MILLS                                                                                          PLAINTIFF

V.                                         NO: 3:11CV00286 JMM

GERALD McCLUNG                                                                                          DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE