**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FREDERICK A. MILLS                                                                        PLAINTIFF

V.                                          NO: 3:11CV00286 JMM

GERALD McCLUNG                                                                      DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of January, 2012.


_____
UNITED STATES DISTRICT JUDGE